## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUAN C. SALINAS, Individually, and as Representative of the Estate of Irene Vazquez de Salinas; Claudia Vazquez, Genesis D. Vazquez; Ismael Salinas; Jesus I. Salinas; Karla I. Salinas; and Samuel Salinas, Surviving Beneficiaries of the Estate of Irene Vazquez de Salinas, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC., et al., <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br> Case No. 2:23-cv-02105 <br><br> JURY TRIAL DEMANDED |

### DISCLOSURE OF CORPORATE INTERESTS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nissan North America, Inc. hereby discloses that it is a Delaware corporation with its principal place of business in Tennessee. Nissan Motor Co., Ltd. of Japan is Nissan North America, Inc.'s parent company. Nissan North America, Inc. does not have any subsidiaries or affiliates that have issued shares to the public.

Respectfully Submitted,

*/s/ Adam T. Suroff*
Adam T. Suroff KS# 19595
SWANSON, MARTIN & BELL, LLP
800 Market Street, Ste. 2100
St. Louis, MO 63101
(314) 241-7100 (Phone)
(314) 242-0990 (Fax)
asuroff@smbtrials.com

and

/s/ Kristen A. Cooke
Kristen A. Cooke KS# 22467
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
(312) 321-3513 (Phone)
(312) 321-0990 (Fax)
kcooke@smbtrials.com

*Counsel for Nissan North America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2023, I electronically submitted this document to the Clerk of the Court, which will send notification of such filing to all registered to attorneys of record.

/s/ Kristen A. Cooke
Counsel for Nissan North America, Inc.