UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**JUAN SALINAS, et al.,**

    **Plaintiffs,**

**NISSAN NORTH AMERICA, INC., et al.,**      Case No. 2:23-cv-02105-TC-RES

    **Defendants.**

## CIVIL MINUTE SHEET – SETTLEMENT APPROVAL HEARING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **44 minutes** |

**APPEARANCES:**    *court and parties appear   by:*  **Via Telephone**

*Benjamin Fields, Attorney for Plaintiffs*

*Karla Salinas, Plaintiff*

*Adam Suroff, Attorney for Defendants*

**PROCEEDINGS:**

Plaintiff, Karla Salinas, is sworn in as a witness and gives testimony of plaintiffs' agreement of the Order approving settlement as discussed on the record. An updated version of the Order will be submitted to the Court by the parties.

The Court GRANTS **Doc. 78**, Joint Motion for Approval and Apportionment of Wrongful Death Settlement Proceeds.

Order Approving Settlement and Dismissal with Prejudice to follow.