IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUAN C. SALINAS, Individually, And as Representative of the Estate of Irene Vazquez de Salinas; Claudia Vazquez; Genesis D. Vazquez; Ismael Salinas; Jesus I. Salinas; Karla I. Salinas; and Samuel Salinas, Surviving Beneficiaries of the Estate of Irene Vazquez de Salinas, Deceased<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:23-cv-02105-TC-RES<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL AND APPORTIONMENT OF WRONGFUL DEATH SETTLEMENT PROCEEDS**

On this day, the same being a regular term of this Court, the above-numbered and entitled cause came on for a hearing for court-approval of settlements involving Plaintiff Genesis Vazquez, Individually and Plaintiffs Juan C. Salinas, Claudia Vazquez; Ismael Salinas; Jesus I. Salinas; Karla I. Salinas, Samuel Salinas, Isaias Salinas, and Elias Salinas collectively further identified as "Heirs at Law" of Irene Vazquez de Salinas, deceased.

Plaintiff Karla Salinas, designated representative of the Heirs at Law of Irene Vazquez de Salinas, appeared herself and by attorney of record, Benjamin Fields. Defendants Nissan North America, Inc., and Nissan Motor Co., Ltd., collectively further identified as "Nissan Defendants" appeared by and through their attorney of record, Adam Suroff. All parties being properly before the Court.

The parties previously made known to the Court the underlying facts related to the proposed settlement and distribution of settlement proceeds in their joint Motion for Approval and Apportionment of Wrongful Death Settlement Proceeds, and its attached Exhibits A through K,

filed on March 25, 2025 (ECF# 78).

After consideration of the pleadings, evidence, and arguments of counsel, the Court finds that Plaintiff Genesis Vazquez and the Heirs at Law are fully informed with respect to the disputed causes of action and the nature and extent of the injuries and damages claimed; and, with the knowledge of the facts of this case and the facts pertaining to the claims and causes of action and have agreed to compromise and fully and finally settle all causes of action in full settlement of the respective claims pending against Defendants Nissan.

IT IS ORDERED that the apportionment agreed to the by parties be granted and that the proposed agreed-upon distribution of the net proceeds after attorney's fees and expenses be approved and net settlement proceeds be distributed as follows:

  i. **Juan Carlos Salinas** (1/9th)
 ii. **Genesis Daniela Vazquez** (1/9th)
iii. **Claudia Vasquez Lopez** (1/9th)
 iv. **Jesus Israel Salinas** (1/9th)
  v. **Ismael Salinas** (1/9th)
 vi. **Karla Irene Salinas** (1/9th)
vii. **Samuel Salinas** (1/9th)
viii. **Isaias Salinas** (1/9th)
 ix. **Elias Salinas** (1/9th)

The Court finds that the attorneys fees and litigation expenses are reasonable and appropriate under all of the facts and circumstances in the case, and approves their payment out of the gross settlement funds as reflected in the Distribution Statement submitted to the Court with the Motion for Approval as Exhibit C.

The Court finds the remainder of the agreed upon settlement amounts, as set forth in the Settlement Agreements between the parties are to be paid as indicated in the Settlement Agreements and to be distributed to the Plaintiffs in a manner agreed upon between the Plaintiffs and their attorneys.

Furthermore, the Court is of the opinion and finds that the Settlement Agreements, the terms of the Settlement Agreements having been reviewed by the Court, fully settle all claims, demands, and

causes of action between Plaintiff Genesis Vazquez, the Heirs at Law and Nissan Defendants. The Court further is of the opinion and finds that the Settlement Agreements are reasonable, fair, just, and the Settlement Agreements are hereby in all things approved, incorporated and made a part of this Order Approving Settlement and Final Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that no execution or other process of Court will ever issue as to this Order Approving Settlement and Final Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that court costs are to be assessed against the filing fee already paid and that the the parties shall all bear their own respective costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims and causes of action brought by, or that could have been brought by or on behalf of Plaintiff Genesis Vazquez and the Heirs at Law against Defendants Nissan are discharged, released, and dismissed with prejudice, as set forth in the Settlement Agreements.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by the Court that the Parties are to execute the release agreements, carry out their respective obligations under same, and that a Stipulation of Dismissal with Prejudice shall be filed by the Parties promptly after the settlement funds have been paid and distributed as reflected in the Distribution Statement that was attached as Exhibit C to the Motion for Approval (ECF# 78).

SIGNED this 10th day of April, 2025.

     s/ Toby Crouse
U.S. District Court Judge, Toby Crouse